■ ISABELLE E. McKIM, Appellant, v FROBAR INVESTMENT COMPANY, Defendant and Third-Party Plaintiff-Respondent, and GIONCONDO DiPIETRO et al., Respondents. ASEA, INC., Third-Party Defendant-Respondent. [614 NYS2d 224] —In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Fredman, J.), dated January 14, 1992, which, upon a jury verdict, dismissed the complaint and dismissed the third-party complaint.

Ordered that the judgment is affirmed, with one bill of costs to the respondents.

On appeal, the plaintiff contends that the court's charge to

the jury was erroneous and denied her a fair trial. However, none of the alleged errors are preserved for appellate review. In any event, the charge as a whole properly instructed the jury on the applicable principles of law *(see, Fleischer v Melmarkets, Inc.,* 174 AD2d 647, 648; *Timmons v Hecker,* 110 AD2d 762)* and, thus, provides no basis for a reversal of the verdict. Sullivan, J. P., Rosenblatt, Pizzuto and Altman, JJ., concur.